# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| COMPASS LABORATORY SERVICES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY JR., in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>    Defendant. | No. 2:22-cv-02770-SHL-atc;<br>No. 2:23-cv-02018-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaints, filed August 4, 2022 (No. 2:22-cv-02770-SHL-atc, ECF No. 1), and January 13, 2023 (No. 2:23-cv-02018-SHL-cgc, ECF No. 1),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting in Part the Secretary's Motion for Summary Judgment and Denying Compass's Motion for Summary Judgment (No. 2:22-cv-02770-SHL-atc, ECF No. 65; No. 2:23-cv-02018-SHL-cgc, ECF No. 52), filed March 26, 2024, and the Order Granting Defendant's Motions for Summary Judgment and Denying Plaintiff's Motions for Summary Judgment (No. 2:22-cv-02770-SHL-atc, ECF No. 88; No. 2:23-cv-02018-SHL-cgc, ECF No. 76), filed September 24, 2025, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 25, 2025
Date